296 U.S. 617
 56 S.Ct. 138
 80 L.Ed. 438
 CHICAGO GRAVEL COMPANY, petitioner,
v.
COLUMBIAN NATIONAL LIFE INSURANCE COMPANY.*
 No. 359.
 Supreme Court of the United States
 October 14, 1935
 
 Messrs. William Beye and Harry I. Allen, both of Chicago, Ill., for petitioner.
 
 
 1
 For opinion below, see Continental Illinois Nat. Bank & Trust Co. of Chicago v. Columbian Nat. Life Ins. Co., 76 F.(2d) 733.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied.
 
 
 
 *
 Rehearing denied 296 U. S. 663, 56 S. Ct. 168, 80 L. Ed. 472.